FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 06-90200-BHL | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | PACK, TERRY EDWARD AND PACK, VEVA MARIE | Date Filed (f) or Converted (c): | 02/23/2006 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 09/17/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Property | $100,000.00 | $0.00 | | $0.00 | FA |
| 2 | Bank Accounts - Home Federal Checking | $70.00 | $0.00 | | $0.00 | FA |
| 3 | Cash | $25.00 | $0.00 | | $0.00 | FA |
| 4 | Bank Accounts - Home Federal Savings | $70.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods and Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Books, pictures, art objects, antiques, stamps, coin, record, tape, compact disc, and other collections or collectibles | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Furs and Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Firearms, sports, photographic and other hobby equipment | $25.00 | $0.00 | | $0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension sharing plans | $39,327.00 | $0.00 | | $0.00 | FA |
| 10 | Interests in IRA, ERISA, Keogh, or other pension sharing plans | $3,162.00 | $0.00 | | $0.00 | FA |
| 11 | 1997 Mercury Mountaineer | $3,500.00 | $0.00 | | $0.00 | FA |
| 12 | 1994 Chevrolet S10 | $1,000.00 | $0.00 | | $0.00 | FA |
| 13 | 1992 Chevrolet Beretta | $100.00 | $0.00 | | $0.00 | FA |
| 14 | GoKart | $1,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2 dogs | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Cub Cadet Lawn Mower | $1,500.00 | $0.00 | | $0.00 | FA |
| 17 | Product Liability Settlement (u) | $12,000.00 | $12,000.00 | | $0.00 | $12,000.00 |
| **TOTALS (Excluding unknown value)** | | **$163,399.00** | **$12,000.00** | | **$0.00** | **Gross Value of Remaining Assets** **$12,000.00** |

**Major Activities affecting case closing:**

| 03/03/2019 | 3/3/19 - Sent email to personal injury counsel re: status of settlement |
| 12/01/2017 | Executed form to administer asset with Settlement Alliance re: $12K settlement |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 06-90200-BHL | Trustee Name: | Charity S. Bird |
| Case Name: | PACK, TERRY EDWARD AND PACK, VEVA MARIE | Date Filed (f) or Converted (c): | 02/23/2006 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 09/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 12/28/2018    Current Projected Date Of Final Report (TFR): 10/31/2019

/s/ CHARITY S. BIRD
CHARITY S. BIRD